UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

METRO MEDICAL SUPPLY, INC.,  )
                             )
        Plaintiff            )
                             )    No. 3:14-0789
v.                           )    Judge Nixon/Brown
                             )
RHEUMATOLOGY ASSOCIATES, P.A.,)
a North Carolina professional )
association,                 )
                             )
        Defendant            )

**ORDER**

A telephone conference was held with the parties on August 18, 2014. The parties are waiting for a ruling on the motion to dismiss for lack of personal jurisdiction and improper venue (Docket Entry 8).

All written discovery will be completed by October 17, 2014.

Dispositive motions will be due December 17, 2014. Responses to dispositive motions shall be filed within **28 days** after service. Briefs shall not exceed **25 pages** without leave of Court. Optional replies, limited to **five pages**, shall be filed within **14 days** after service of the response. If dispositive motions are filed early, the response and reply dates are moved up accordingly.

The parties may request additional extensions, if necessary.

It is so **ORDERED**.

/s/   Joe B. Brown
JOE B. BROWN
United States Magistrate Judge